# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JAMES R. CARROLL

    vs                                  Case No.   5:09cv373 MCR/MD

MICHAEL J. ASTRUE

## ORDER

**PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS and AFFIDAVIT AND ASSIGNMENT OF EAJA FEE posted on November 24, 2009, documents 8 and 9 DOCUMENT**, was referred to the undersigned with the following deficiencies:

    Any party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court; nor shall any party having previously elected to proceed in proper person be permitted to obtain special or intermittent appearance by counsel as required by N.D. Fla. Loc. R11.1(D).

For these reasons, IT IS ORDERED that:

    The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

X    The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 30th day of November, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE